```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 23244
    BILLY JOE BROWN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-7446


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/29/08 .

    2.  The case was dismissed without confirmation, 06/06/2008.

    3.  The Debtor paid a total of $    5128.00 .


------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
MAZON STATE BANK            CURRENT MORTG        .00              .00            .00
GMAC RESCAP LLC             SECURED              .00              .00            .00
GRUNDY COUNTY COLLECTOR     PRIORITY             .00              .00            .00
MAZON STATE BANK            CURRENT MORTG        .00              .00            .00
MAZON STATE BANK            SECURED              .00              .00            .00
GRUNDY COUNTY COLLECTOR     PRIORITY             .00              .00            .00
MAZON STATE BANK            CURRENT MORTG        .00              .00            .00
GRUNDY COUNTY COLLECTOR     PRIORITY             .00              .00            .00
DAIMLER CHRYSLER FINANCI    UNSECURED       NOT FILED            .00            .00
US BANK AUTO FINANCE        SECURED VEHIC        .00              .00            .00
AMERICAN EXPRESS            UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK            UNSECURED       NOT FILED            .00            .00
CHASE BANK USA              UNSECURED       NOT FILED            .00            .00
CITICARDS PRIVATE LABEL     UNSECURED       NOT FILED            .00            .00
COMCAST CABLE               UNSECURED       NOT FILED            .00            .00
COMED                       UNSECURED       NOT FILED            .00            .00
CREDIT COLLECTION SERVIC    UNSECURED       NOT FILED            .00            .00
DARVIN FURNITURE/HRS        UNSECURED       NOT FILED            .00            .00
DELL PREFERRED ACCT         UNSECURED       NOT FILED            .00            .00
GREAT AMERICAN ASSURANCE    UNSECURED       NOT FILED            .00            .00
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
HSBC                        UNSECURED       NOT FILED            .00            .00
NICOR GAS                   UNSECURED       NOT FILED            .00            .00
ROBERT L MOORE              UNSECURED       NOT FILED            .00            .00
SPRINT NEXTEL               UNSECURED       NOT FILED            .00            .00
TOUSSAINT OBSTETRICS        UNSECURED       NOT FILED            .00            .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED              .00         .00          .00          .00         .00
PRINCIPAL PAID                  .00         .00          .00          .00         .00
INTEREST PAID                   .00         .00          .00          .00         .00
TOTAL PAID                      .00         .00          .00          .00         .00
```

The Debtor's attorney, BELFORD LAW OFFICES           , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $   5128.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/08/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE